AO 245 (Rev. 11/11) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

FILED
JUN 2 9 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| United States of America | ) | **Judgment in a Criminal Case** |
|---|---|---|
| v. | ) | (For Offenses Committed Prior to November 1, 1987) |
| | ) | Case No. 87-40070-03 |
| George Paul Brock | ) | Melissa Day, AFPD |
| *(Name of Defendant)* | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  2 of the Supereding Indictment

☐ was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** | **Count Number(s)** |
|---|---|---|---|
| 21 :U.S.C. 846 | Conspiracy to Distribute Marijuana | 02/28/1987 | 2s |

☐ The defendant has been found not guilty on count(s) _____
and is discharged as to such count(s).

☑ Count(s)  1s   ☑ (is) ☐ (are) dismissed on the motion of the United States.

**IT IS THE JUDGMENT OF THIS COURT THAT:**
The defendant is sentenced to the Custody of the Attorney General for a period of 15 years . The Court sentences the defendant to 15 years, but gives the defendant 10 years credit against that sentence for a total sentence of 5 years. This credit would represent any & all credit due the defendant of  any and all time or conditions of confinement which he has spent as a result of this case.

In addition to any conditions of probation imposed above. IT IS ORDERED that the conditions of probation set out on the reverse of this judgment are imposed.

AO 245  (Rev. 09/11) Judgment in a Criminal Case (Page 2)

## CONDITIONS OF PROBATION

While the defendant is on probation pursuant to this judgment, the defendant:

1) shall not commit another federal, state or local crime;
2) shall not leave the judicial district without the permission of the court or probation officer;
3) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
4) shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) shall support his or her dependents and meet other family responsibilities;
6) shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, shall notify third parties of risks that may be occasioned by defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;
15) shall pay any fine or obligation imposed by this judgment;
16) shall not possess a firearm or destructive device.

☑ IT IS FURTHER ORDERED that the defendant shall pay a special assessment of $ __50.00__ , for count(s) __2s__ , which shall be due ☑ immediately ☐ as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

☑ The court orders commitment to the custody of the Attorney General and recommends:
That the defendant be placed in a Parolable Instutition nearest to his home.

Last Four Digits of Defendant's Soc. Sec.   __8029__

Defendant's Year of Birth:   __1949__

City and State of Defendant's Residence:
Bayonne, New Jersey 07002

06/28/2012
Date of Imposition of Sentence

_[signature]_
Signature of Judge

J. Phil Gilbert          District Judge
Name and Title of Judge

June 29, 2012
Date

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

United States Marshal

By _____
Deputy Marshal